1

2

3

4

5

6

7            UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9

10   J.C.R., et al.,

                                              Case No.14-cv-03918-NC
11              Plaintiffs,

                                              **AMENDED PRETRIAL**
12         v.                                 **PREPARATION ORDER**

13   CITY AND COUNTY OF SAN
     FRANCISCO, et al.,
14
                Defendants.
15

16        The Court amends the September 2, 2015, pretrial preparation order, Dkt. No. 51, to

17   clarify that the Joint Trial Readiness Binder is due on **October 14, 2015**.  All other dates

18   remain the same.

19

20

21

22

23

24

25

26

27

28

Case No. 14-cv-03918 NC

1    A jury trial is scheduled in this case on November 16, 2015, in Courtroom D in the

2  San Francisco courthouse.  This order prepares for the trial.  A pretrial conference is

3  scheduled for October 21, 2015 at 11:00 a.m. in Courtroom D, San Francisco.  The trial

4  preparation standing order is available on the Court's website.  Where the dates outlined

5  below are inconsistent with the standing order, the dates in this order should be followed.

### I.    MOTIONS IN LIMINE

7    The parties must file their motions in limine by October 7, with responses due by

8  October 14.  No party may file a reply without leave of Court.  The total number of pages

9  each party submits for all motions and all responses must not exceed 15 pages.  While it is

10  up to each party to decide how much space to allocate for their motions and how much for

11  their responses, the parties must each stay within the 15-page limit (e.g., a party can

12  allocate 9 pages for their motions, and 6 pages for their responses).  The Court will hold a

13  hearing on the motions in limine at the pretrial conference.

### II.    JOINT TRIAL READINESS BINDER

15    The parties are ordered to provide the Court with two copies of a Joint Trial

16  Readiness Binder.  The documents and binder are due by October 14, 2015 at 12 p.m. at

17  the **San Jose Courthouse.**  The parties must also file a copy of the Joint Trial Readiness

18  Binder in ECF.  The Joint Trial Readiness Binders must contain an index and copies of

19  filed documents with the ECF header reflecting the item's docket number and filing date,

20  including:

#### A.  Proposed Order Re: Trial Stipulations

22    The Court expects that the parties will agree to a variety of stipulations regarding

23  the conduct of the trial.  A proposed order outlining all such stipulations must be presented

24  to the Court.

#### B.  Witness Lists

26    The parties must submit an updated list of all witnesses likely to be called at trial

27  (other than solely for impeachment or rebuttal), with a brief statement following each

28

Case No. 14-cv-03918 NC                    2

1   name describing the substance of the testimony to be given and a time estimate of the

2   direct and cross examinations.  This information must be presented in chart format and

3   organized by party.  Witnesses who will be testifying as experts should be identified as

4   such and included in a separate expert witness list (see below).

5   **C.  Expert Witness Lists**

6        The parties must submit an updated list of all expert witnesses with a summary

7   which must clearly describe the expert's theories and conclusions; a curriculum vitae; and

8   expert reports.  Witnesses not included on the list may be excluded from testifying.

9   **D.  Updated Exhibit Lists Annotated with Stipulations/Objections**

10        The parties must submit an updated list of all documents and other items to be

11   offered as exhibits at the trial (other than solely for impeachment or rebuttal), with a brief

12   description of each exhibit's contents, and the identify of each sponsoring witness.  As

13   applicable, the exhibit list must specify whether the parties stipulate to admit the exhibit or

14   the grounds for any objections to the exhibit.  The exhibit list must also include an

15   additional column so that the Court can track the date on which each exhibit is admitted.

16   Prior to submitting the list, the parties must meet and confer and attempt to stipulate as to

17   the admissibility of each exhibit.  This information must be presented in chart format and

18   organized numerically.

19   **E.  Updated List of Discovery Excerpts**

20        The parties must list those excerpts from depositions, from interrogatory answers,

21   or from responses to requests for admission (other than those solely for impeachment or

22   rebuttal) likely to be used as trial.  Prior to submitting the list, the parties must meet and

23   confer and attempt to resolve any disagreements regarding designations or counter-

24   designations.  The parties must (i) identify any remaining legal objections to the excerpts

25   on the list itself, and (ii) attach in a separate appendix copies of the disputed excerpts so

26   that the Court can review the disputed materials.  The parties must provide a single

27   proposed order with each disputed designation which will allow the Court to rule on

28   whether permission to use each is granted, granted with modification, or denied.

Case No. 14-cv-03918 NC                    3

United States District Court
Northern District of California

United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**F.  Voir Dire Questions**

The parties must include any proposed jury questionnaire or questions for the court-directed voir dire, if applicable.  If any questions are contested, each party must state the basis for proposing or opposing the question.

## III.  ELECTRONIC COPIES OF TRIAL DOCUMENTS

The parties must send an electronic copy in Word format to ncpo@cand.uscourts.gov of the following documents listed above: (i) Proposed Order Re: Trial Stipulations; and (ii) Proposed Order Re: Discovery Excerpts.

## IV.  STIPULATIONS RE: ADMISSIBILITY

The parties must make a good faith effort to stipulate to exhibits' admissibility.  If stipulation is not possible, the parties must make every effort to stipulate to authenticity and foundation absent a legitimate objection.

//

## V.  EXHIBITS

Exhibits must be provided to the Court by October 14, 2015 at 12:00 p.m. at the **San Jose Courthouse** as follows: two sets of exhibits marked, tabbed, indexed, and to be provided in binders.  Exhibit sets may be delivered/mailed directly to Chambers in San Jose.  The parties must otherwise coordinate with the Courtroom Deputy for other delivery.

Each exhibit must be pre-marked with an exhibit tag placed in the top right corner of the first page of a document.  Parties are to use a color other than white for the exhibit tags.  A page of blank trial exhibit tags can be found on the Court's website.  If an exhibit is a physical object (rather than a document), a picture should be taken and placed in the binder.

Upon the conclusion of the trial, each party must retain its exhibit through the appellate process.  It is each party's responsibility to make arrangement with the Clerk of Court to file the record on appeal.

Case No. 14-cv-03918 NC                    4

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## VI.    SCHEDULING OF JURY SELECTION

The parties must notify the Court whether they wish to proceed with a jury or bench trial by October 14.  If the parties decide to proceed with a jury trial, the jury will be selected November 16.  Opening statements will be on November 16 after jury selection.  The first witness will be called on November 17.

## VII.   JURY INSTRUCTIONS

If applicable, the parties must submit jointly to the Court via email in Word format to ncpo@cand.uscourts.gov a set of jury instructions by October 14.  If any instructions are contested, each party must state the legal basis for proposing or opposing the instructions.

## VIII.  SUMMARY OF CASE STATEMENT

By October 14, the parties must jointly submit an agreed-upon summary of the case, not to exceed one page.  This statement of the case will be read to the jury at jury selection.  If the parties cannot agree on such a statement, each party must submit its own summary, not to exceed one page.

## IX.    TRIAL LIMITS

The Court anticipates giving each side a total of 5 hours to present its case.  This includes all aspects of trial (e.g., objections, examinations) except jury selection.

## X.     SETTLEMENT

If the parties wish this case to be referred to a magistrate judge for a settlement conference before trial, they must file a request for referral by October 7, 2015.

## XI.    MISCELLANEOUS

### Witness Photographs

The Court may take a photograph of each witness prior to the witness' testimony to assist the trier of fact with recalling the testimony.  Please advise your witnesses.

### Electronic Equipment

If a party wishes to use electronic equipment or other large items (such as bookshelves), the party must file a request and proposed order with the Court by October 7.

Case No. 14-cv-03918 NC                    5

1         Equipment not provided by the Court must be tested in the courtroom prior to the

2    day when it will be used.  Arrangements may be made with the Courtroom Deputy, Lili

3    Harrell at (408) 535-5343, as to an appropriate time for doing so.

4         **Questions from Jury**

5         If the parties select a jury trial, the Court will give an instruction to allow questions

6    from the jury in accordance with Ninth Circuit Model Instruction 1.15 ("Questions to

7    Witnesses by Jurors").

8    **IT IS SO ORDERED.**

9         **IT IS SO ORDERED.**

10

11   Dated:  September 28, 2015    _____

12                           NATHANAEL M. COUSINS
                             United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 14-cv-03918 NC                    6

United States District Court
Northern District of California