DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
DAVID W. AMMONS, State Bar #187168
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:  (415) 554-3954
Facsimile:  (415) 554-3837
E-Mail:     david.ammons@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
& LENITA STALLWORTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C.R., a minor, by and through his guardian ad litem, GUILLERMA BOJORQUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO PARKS AND RECREATION DEPARTMENT; and LENITA STALLWORTH, an individual,<br><br>Defendants. | Case No. 3: 14-cv-3918 NC<br><br>REQUEST FOR DISMISSAL; ~~PROPOSED~~ ORDER OF DISMISSAL |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be dismissed with prejudice.

Dated:  May 31, 2016

LAW OFFICE OF FULVIO F. CAJINA

By: _____
FULVIO F. CAJINA

Attorneys for Plaintiff(s)
J.C.R., a minor, by and through his guardian ad litem,
GUILLERMA BOJORQUEZ

Dated: May 31, 2016

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
DAVID W. AMMONS
Deputy City Attorneys

By:   /s/ David W. Ammons
      DAVID W. AMMONS

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

**ORDER**

**IT IS SO ORDERED.**

Dated:   July 7, 2016



GRANTED
Judge Nathanael M. Cousins